No. 84–1919. PARKS ET AL. *v.* BELLETIRE, DIRECTOR, DEPARTMENT OF MENTAL HEALTH AND DEVELOPMENTAL DISABIL-

ITIES, ET AL. C. A. 7th Cir. Certiorari denied.